(Reap. Dec. 9992)

BERNHARD ALTMANN VIENNA, INC.
HENSEL, BRUCKMANN & LORBACHER, INC. } *v.* UNITED STATES

Entry No. 715872, etc.

(Decided on rehearing [Reap. Dec. 9795] May 2, 1961)

*Lamb & Lerch* for the plaintiffs.
*William H. Orrick, Jr.*, Assistant Attorney General, for the defendant.

WILSON, Judge: These appeals for reappraisement have been submitted for decision upon the following stipulation of counsel for the parties herein:

IT IS HEREBY STIPULATED by the undersigned, subject to the approval of the Court, that this stipulation is limited to the items of merchandise identified below and consisting of wool articles.

That said merchandise is dutiable under section 402(b) of the Tariff Act of 1930, as amended by the Customs Simplification Act of 1956.

That wherever the following items appear in any of the above mentioned reappraisements the value is as follows in Austrian currency:

| Item No. | Value |
|----------|-------|
| 2273 | 200 Shillings |
| 2172 | 173 " |
| 2271 | 189 " |

That the cases involved herein may be deemed submitted upon this stipulation.

On the agreed facts, I find and hold that export value, as defined in section 402(b) of the Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for the determination of the value of the merchandise here involved, and that such value in the above-mentioned reappraisements for the involved items is as follows:

| Item No. | Value |
|----------|-------|
| 2273 | 200 Shillings |
| 2172 | 173 " |
| 2271 | 189 " |

in Austrian currency.

Judgment will be rendered accordingly.